# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

ANTONIO CRAWFORD
          Plaintiff,
v.                                         Case No. CV-21-00498-TUC-JCH

UNKNOWN TUBB, et al.
          Defendants.

## DECLARATION AND SWORN AFFIDAVIT BY ANTONIO CRAWFORD #43793-424 CONCERNING THREATS BY DEFENDANTS FOR RETALIATION OF ME SECURING MY CONSTITUTIONAL RIGHTS

I Antonio Crawford declare and swear under Penalty of Perjury pursuant to § 1621, 1746 the hereunder is True based off of my experience, knowledge and competent mind

1) 12-3-2021, I filed a Civil Rights Lawsuit against Federal Prison Guards who has

2

deliberately denied me the Medical Treatment (Yellow ID Card) to cure my severe Mental Conditions

2) The Courts Ordered those Prison Officials to respond to my Constitutional Medical Claims

3) On May 31, 2022, I was Pat searched by Male Officer Schwartzendruber, this inclined me to a suicidal attempt which, medical staff had to intervene for the preservation of my life

4) I then filed a TRO seeking aid from this Court to Direct the Defendants to permenetly provide Medical Treatment for me being the Yellow Card

5) The Courts Ordered for the Defendants to respond to the Injunction

6) This is where the Defendants became aware of the Injunction filed against them on June 8, 2022

3

7) After the Defendants was notified of this Injunction, June 15, 2022, they provided me with a Yellow Card with a mens rea Mental state to avoid litigation

8) Predictively, the Defendants then moved the Courts for Moot, I then notified their Attorney for sanctions

9) I replied by placing my Motion in the Mailbox on June 28, 2022

10) After I mailed out my Motion, on July 1, 2022, at approximately 12:15 PM (Az time zone), Prison staff M. Mack pulled me to the E-Unit Conference Area calling Prison Staff Tate as a Witness to this threat

11) M. Mack told me words from her superiors she would not disclose the names of (her superiors are the Defendants Tubb and Colbert who are the only ones that can take the Yellow Card), that if I do not take my Hormone Medication every single day, they will have my Yellow Card taken away from me and they will cause my injury

4

12) I then became scared and started hyperventilating and having flashbacks of that injury on May 31, 2022, as a result of this threat I contemplated suicide

13) The Defendants BOP Policy for revocation of the Yellow Card does not require or stipulates for me to perform these acts (take my hormone medication everyday), the BOP Policy simply reads this.... ("inmates who are granted this exception under Policy may have it reversed by the Warden if found to have violated institutional rules concerning contraband....."), see (Defendants opposition to Plaintiffs Motion for Preliminary Injunction DKT. No. 29 Page 3)

14) The Defendants is retaliating against me and intimidating me to do things that the BOP Policy does not call for

15) With the Grantment of this Injunction I will not be threatened by the Defendants to force me to do things that are not a part of the BOP Policy, just to keep

5

my Yellow Card

16) Next thing you know, the Defendants are gonna try forcing me to do inappropriate things to keep the Yellow Card ie. (sexual behaviors) and I will be coherced into doing it because of fear not wanting to be pat searched by Males just so I won't relive the reoccuring thought of being sexually victimized

17) Granting the Injunction will allow me to live free of fear of the Defendants retalitory tactics, Brodheim v. CRY 584 F.3d 1262, 1269-70 9th cir

18) To that end, the President has issued an Executive Order No. 13988 §1, 86 Fed. Reg. 7023 (January 20, 2021) that recognizes the right of all persons to be treated with respect and dignity and to be able to live without fear regardless of their Gender Identity or Sexual Orientation. relief, seek's the court's see necessary

I declare under Penalty of Perjury the hereabove is true according to my

experience, knowledge and competent mind

Subscribed and Sworn to me on July 1, 2022

x [signature]
Ms. Antonio Crawford
# 43793-424
United States Penitentiary
P.O. Box 24550
Tucson, AZ. 85734

Certificate of Service

I Antonio Crawford certify that on July 5, 2022 I placed this Foregoing in my institution mailbox to be mailed to the Clerk of the Court to electronically file this foregoing. Participants in this case will automatically be served by the ECF/CMS system

Distributed to:
- Justice Department Civil Rights Division; 950 Pennsylvania AVE. NW. Washington, DC. 20530
- U.S. Attorney Denise Faulk 405 W. Congress St. Ste. 4800; Tucson AZ, 85701

Subscribed and Sworn to me on 7-5-22

x [signature]
Ms. Antonio Crawford